Opinion issued May 26, 2011








 

 

 

 

 

 

 













     



 

 

 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-10-00763-CV

____________

 

WAL-MART STORES, INC., Appellant

 

V.

 

NITRA GIPSON, Appellee

 

 



On Appeal from the 127th District Court 

Harris County, Texas

Trial Court Cause No. 2008–35486

 

 

 

 



MEMORANDUM
OPINION

          The parties
have filed a joint motion to dismiss the appeal.  They represent that they have reached an
agreement to settle this matter and request that we set aside the trial court’s
judgment without regard to the merits and remand the case to the trial court
for rendition of judgment in accordance with the parties’ agreement.  See
Tex. R. App. P. 42.1(a)(2)(B). 

Accordingly, we grant the motion, set
aside the trial court’s judgment without regard to the merits, and remand this
cause to the trial court for rendition of judgment in accordance with the
parties’ agreement.  See id.  

The Clerk is directed to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P.
18.1.

                                                PER CURIAM

 

Panel consists of
Justices Jennings, Keyes, and Higley.